IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                         CRIMINAL NO.  1:07CR6
                                    (Judge Keeley)

TABATHA CLEM,

       Defendant.

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA BE ACCEPTED
AND SCHEDULING SENTENCING HEARING FOR OCTOBER 30, 2007

On July 17, 2007, defendant, Tabatha Clem, appeared before United States Magistrate Judge John S. Kaull and moved this Court for permission to enter a plea of GUILTY to Count Three of the Superseding Indictment. The defendant stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge.  This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon the defendant's statements during the plea hearing and the testimony of Deputy Darren Stout, the magistrate judge found that the defendant was competent to enter a plea, that the plea was freely and voluntarily given, that the defendant was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea.

**USA v. TABATHA CLEM**                                                    **1:07CR6**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA BE ACCEPTED
### AND SCHEDULING SENTENCING HEARING FOR OCTOBER 30, 2007

On July 18, 2007, the magistrate judge entered an order finding a factual basis for the plea and recommended that this Court accept the plea of guilty to Count Three of the Superseding Indictment.

The magistrate judge also directed the parties to file any written objections to the report and recommendation within ten (10) days after service of the report and recommendation. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the report and recommendation.

The parties did not file any objections.  Accordingly, this **ADOPTED** and **ACCEPTS** the defendant's plea of guilty to Count Three of the Superseding Indictment.

The Court **ADJUGES** the defendant **GUILTY** of the crime charged in Count Three.  Pursuant to Fed. R. Crim. P. 11(c)(3)(A) and U.S.S.G. § 6B1.1(c), acceptance of the proposed plea agreement and stipulated addendum to the plea agreement, is **DEFERRED** until the Court has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., it is hereby **ORDERED** that:

1.    The   Probation   Officer   undertake   a   presentence investigation of **TABATHA CLEM** and prepare a presentence report for the Court;

**USA v. TABATHA CLEM**                                                    **1:07CR6**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA BE ACCEPTED
### AND SCHEDULING SENTENCING HEARING FOR OCTOBER 30, 2007

**2.     The Government and the defendant are to provide their versions of the offense to the Probation Officer by August 17, 2007;**

3.     The presentence report is to be disclosed to the defendant, defense counsel, and the United States on or before **September 19, 2007**; however, the Probation Officer is directed not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(b)(6)(A);

4.     Counsel shall file **WRITTEN OBJECTIONS** to the presentence report and may file a **SENTENCING MEMORANDUM** that evaluates sentencing factors the parties believe to be relevant under 18 U.S.C. § 3553(a) (including the sentencing range under the advisory Guidelines) and explains any proposed sentence, on or before **October 3, 2007;**

5.     The Probation Officer shall submit to the Court the presentence report with addendum on or before **October 17, 2007**; and

6.     Sentencing is set for **October 30, 2007** at **10:30 a.m.**

7.     The Court continued defendant's unsecured personal recognizance bond in order to ensure her appearance before this Court at such times and places as the Court may direct with the standard conditions of bond.

It is so **ORDERED.**

**USA v. TABATHA CLEM**                                              **1:07CR6**

**ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA BE ACCEPTED
AND SCHEDULING SENTENCING HEARING FOR OCTOBER 30, 2007**

The Clerk is directed to transmit copies of this Order to

counsel of record, the defendant and all appropriate agencies.

DATED: August 2, 2007


                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE